# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GODINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOHSEN TRANSPORTATION, INC., a California Corporation; MOHSEN OIL, INC., a California corporation; MOHSEN ARABSHAHI, an individual<br><br>Defendants. | CASE NO. 3:20-CV-00109-LAB-DEB<br><br>**ORDER OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Joint Motion for Dismissal Without Prejudice is **GRANTED**. This action is dismissed without prejudice. Each party shall bear his, her or its own costs and attorneys' fees per the terms of their stipulation.

DATED: July 24, 2020

_____
HON. LARRY A. BURNS